Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| *NEXT STEP MEDICAL, CO. INC.*<br><br>**Peticionario**<br><br>V.<br><br>BIOMET, INC.<br><br>**Recurrido** | KLCE202401239 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de San Juan<br><br>Núm Caso:<br>K AC2013-0275<br><br>Sobre:<br>Acción Civil |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Santiago Calderón y la Jueza Álvarez Esnard.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 14 de enero de 2025.

Evaluada la solicitud de desistimiento presentada por la parte Peticionaria el 2 de enero de 2025, se declara con lugar y se dicta sentencia por desistimiento de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2024 _____